KATHLEEN A. MCDONALD
CHAPTER 13 STANDING TRUSTEE
302 East Carson Avenue - Suite 300
Las Vegas, Nevada 89101
(702) 386-5968
Bar Code #mcdok



RECEIVED
AND FILED

SG
2003 AUG -8 AM 10: 07

UNITED STATES BANKRUPTCY COURT

UNITED STATES
BANKRUPTCY COURT
PATRICIA GRAY CLERK

DISTRICT OF NEVADA

RE: ANTHONY ALBANO           )     **BK 01-13598 RCJ
                              )     Chapter 13
_____)
                                    NOTICE OF UNCLAIMED FUNDS

To:    Clerk, United States Bankruptcy Court

From:  Kathleen A. McDonald, Chapter 13 Standing Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Banruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042.

| Claim#  | Claimant & Address                                               | CAS 106000 | CAS 613300 |
|---------|------------------------------------------------------------------|------------|------------|
| DEBTOR  | ANTHONY ALBANO<br>5421 PAINTED MIRAGE RD<br>LAS VEGAS, NV  89149 | $          | $169.00    |
| TOTAL   |                                                                  | $          | $169.00    |

Date: 8/8/03

Kathleen A. McDonald
Chapter 13 Standing Trustee

NOTE:  Claims that are $25.00 or less go into CAS 106000.
       Claims that are more than $25.00 go into CAS 613300.
       The amounts that are to be deposited into the registry can be
         written on one check.
          mfa

#144701          $169.00